Russell Scott SHICK, Pro se Linda Dianne Shick, Appellants

v.

John E. WETZEL, Secretary, PA Department of Corrections, Trevor Wingard, Superintendent, State Correctional Institution at Somerset, Laurel Harry, Superintendent, State Correctional Institution at Camp Hill, Michael R. Clark, Superintendent, State Correctional Institution at Albion Appellees

No. 32 WAP 2017

Supreme Court of Pennsylvania.

September 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of September, 2017, the Notice of Appeal is quashed.

COMMONWEALTH of Pennsylvania, Appellee

v.

John Ira BRONSON, Jr., Appellant

No. 34 WAP 2017

Supreme Court of Pennsylvania.

September 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of September, 2017, the Application for Leave to File Exhibits is granted, and the Notice of Appeal is quashed. The Application for Stay is dismissed as moot.

Russell Scott SHICK, Appellant

v.

Michael R. CLARK, Superintendent, Individually and Collaterally, Melinda L. Adams, Deputy Superintendent, Individually and Collaterally, Carl Franz, Deputy Superintendent, Individually and Collaterally, Michelle Tharp, Grievance Coordinator, Individually and Collaterally, Roni Martucci, Former Grievance Coordinator, Individually and Collaterally, Diane Woodside, Director of Policy and Legislation, Individually and Collaterally, Christine Zirkle, Former CHCA, Individually and Collaterally, Michael Edwards, CHCA, Individually and Collaterally, Valerie Kusiak, Former CHCA, Individually and Collaterally, Lisa Linder, R.N.S., Individually and Collaterally, Appellees

No. 33 WAP 2017

Supreme Court of Pennsylvania.

September 26, 2017

## ORDER

PER CURIAM

AND NOW, this 26th day of September, 2017, the Notice of Appeal is quashed, and the Application for Relief and the Applica-

tion for Leave to Supplement Filing are denied.

**Harold BRUEN, III, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellees**

No. 39 MAP 2017

Supreme Court of Pennsylvania.

October 20, 2017

### ORDER

PER CURIAM

AND NOW, this 20th day of October, 2017, the Notice of Appeal is quashed.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Tanya Marie BROWN, Petitioner**

No. 303 WAL 2017

Supreme Court of Pennsylvania.

November 29, 2017

### ORDER

PER CURIAM

AND NOW, this 29th day of November, 2017, the Petition for Allowance of Appeal is **GRANTED**. The order of the Superior Court is **REVERSED**. *See Commonwealth v. Muniz*, 164 A.3d 1189 (Pa. 2017). The Commonwealth's Application for Relief is **DENIED**. Petitioner's Application for Expedited Review is **DENIED** as moot.

**In re: CONDEMNATION BY the PENNSYLVANIA TURNPIKE COMMISSION OF PROPERTY LOCATED IN THE TOWNSHIP OF BRISTOL, BUCKS COUNTY, COMMONWEALTH of Pennsylvania for the I-95 Interchange Project (Parcel ID No. 05–020–048) The Pennsylvania Turnpike Commission**

v.

**ORANGE HILL, INC. and Martin/Petrone, L.P., Petitioners**

No. 419 MAL 2017

Supreme Court of Pennsylvania.

November 29, 2017